UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        Case No. 8:05-cr-523-T-30TBM

**SERAFIN GONZALEZ-SANCHEZ,**

    **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on Defendant's Motion for Competency Hearing and Commitment (Doc. 23). Heretofore, this court granted Defendant's motion for competency evaluation and directed that Dr. Donald R. Taylor, M.D., conduct such evaluation and submit a report to the court. (See Docs. 15-16). In accordance with the Order, Dr. Taylor has examined the Defendant and submitted a report of his evaluation. By Dr. Taylor's assessment, the Defendant suffers from a polysubstance dependence and possible psychotic disorder and at present, his mental condition renders him unable to adequately appreciate his legal situation as he lacks a rational and factual understanding of the charges and proceedings against him and his ability to consult with his attorney with a reasonable degree of rational understanding is impaired. By Dr. Taylor's opinion, the Defendant is incompetent to proceed and in need of psychiatric intervention. See (Doc. 23-2, 3). A hearing on the motion was conducted April 13, 2006. The Defendant was present and assisted by counsel and an interpreter. At the hearing, counsel for the government advised the court that it does not object to the

doctor's conclusions or the Defendant's request that he be transferred to the custody of the Attorney General for transport to a treatment facility.

Upon the information presented, this court concludes that the Defendant is presently suffering a mental disease or defect which renders him mentally incompetent to proceed and pursuant to the provisions of 18 U.S.C. § 4241, the Defendant is committed to the custody of the Attorney General, who shall hospitalize the Defendant for treatment in a suitable facility[1] for such reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will obtain the capacity to permit further proceedings in this cause; or for such additional reasonable time until the Defendant's medical condition is improved such that he may proceed to trial.

The United States Marshal shall promptly make arrangements for the transfer of the Defendant to the custody of the Attorney General as directed herein.

**Done and Ordered** in Tampa, Florida this 13th day of April 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ed Toro-Font, Assistant United States Attorney
Anne Borghetti, Attorney for Defendant
United States Marshal
United States Pretrial Services

---

[1] The Defendant communicates in Spanish and should be assigned to a facility with personnel capable of speaking with in his native language.