**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                      **Case No.   8:05-cr-523-T-30TBM**

**SERAFIN GONZALEZ-SANCHEZ,**

      **Defendant.**

_____/

# O R D E R

Pursuant to an Order entered April 13, 2006, the Defendant was deemed incompetent to proceed and in need of treatment.  See (Doc. 30).  Thereafter, the Defendant was never designated to a treatment facility and has remained in the local jail facility.  At the request of the court, counsel has visited with him and now advises that she believes that he is competent to proceed.  The court again requests that Dr. Donald Taylor evaluate the Defendant to determine his present mental state and competence to proceed.  To facilitate this evaluation, the United States Marshal shall transport the Defendant to Orient Road Jail prior to October 12, 2006, when Dr. Taylor will conduct his evaluation.  Defense counsel will ensure an interpreter is available to meet with Dr. Taylor and the Defendant at the jail on said date.

Upon completion of the examination, Dr. Taylor is requested to provide to the court a report, within fifteen (15) days, detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant continues to suffer from a mental disease or defect rendering him mentally incompetent to proceed, in

that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, either party may request a further hearing.

**Done and Ordered** in Tampa, Florida this 3rd day of October 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ed Toro-Font, Assistant United States Attorney
Anne Borghetti, Attorney for Defendant
United States Marshal
United States Pretrial Services
Dr. Taylor (via facsimile)