**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                         **Case No.   8:05-cr-523-T-30TBM**

**SERAFIN GONZALEZ-SANCHEZ,**

      **Defendant.**
_____/

**O R D E R**

The Defendant is before the court for further proceedings related to his competency. At the direction of the court, Dr. Donald R. Taylor, Jr., M.D., performed a second psychiatric evaluation of the Defendant on October 12, 2006. As reflected in Dr. Taylor's report, the Defendant now demonstrates an understanding of his legal predicament and the pending judicial proceedings. By Dr. Taylor's conclusions, the Defendant is now capable of rational and factual understanding of the charges and proceedings against him, has the ability to consult with his attorney with a reasonable degree of rational understanding, and in sum, is competent to stand trial. (Doc. S-1). The Defendant has been offered the opportunity for a further hearing on the matter of his competence and counsel and the Defendant have waived such hearing. Based on the court's inquiry of the Defendant as well as the opinions of his counsel and the conclusions of Dr. Taylor, the Defendant is found competent to proceed in further proceedings in this cause.

The case should be calendared for the next criminal status conference before Judge James S. Moody, Jr.

**Done and Ordered** in Tampa, Florida this 9th day of November 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ed Toro-Font, Assistant United States Attorney
Anne Borghetti, Attorney for Defendant
United States Marshal
United States Pretrial Services