UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:05-CR-523-T-30TBM

SERAFIN GONZALEZ-SANCHEZ

## MOTION TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby moves for the dismissal of the Indictment which is pending against the defendant, without prejudice, in the interest of Justice.

WHEREFORE, the United States respectfully requests that this Court dismiss the Indictment against the defendant Serafin Gonzalez-Sanchez.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: /s/ Eduardo E. Toro-Font
EDUARDO E. TORO-FONT
Assistant United States Attorney
AUSA No. 40
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6311
Facsimile: (813) 274-6178
E-mail: eduardo.toro-font@usdoj.gov

## ORDER

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

Dated: 9 Jan., 2007

JAMES S. MOODY, JR.
United States District Judge